UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INEZ (SINCERE) BONILLA and AMANDA BONILLA, : : | | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:23-cv-02741 |
| | : | |
| ADECCO USA, INC.; | : | |
| LULU'S FASHION LOUNGE, LLC; | : | |
| ELIZABETH ALVARADO GONZALEZ; | : | |
| KAYLEE SILER; and | : | |
| CARLOS IRIZARRY; | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 5th day of March, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Adecco's Motion to Compel Arbitration, ECF No. 5, is **GRANTED**.

2. Plaintiffs are **DIRECTED** to promptly submit all of their claims against Defendant Adecco, only, to binding arbitration pursuant to the terms of the Agreement.

3. The above-captioned action is **STAYED** pending the outcome of the arbitration(s).

4. Plaintiffs and Defendant Adecco are to jointly submit a status report to the Court on **the first day of each month, commencing on April 1, 2024, and every other month thereafter**, to report on the status of the arbitration proceedings, including but not limited to the date scheduled for the arbitration hearing(s).

5. **Within thirty days of the completion of all arbitration proceedings**, Plaintiffs and Defendant Adecco are directed to notify the Court that the arbitration(s) has concluded and that the above-captioned action is ready to proceed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge